MARY MURPHY, an Infant, by JANE MURPHY, Her Guardian ad Litem, Respondent, *v.* EIGHTH AVENUE RAILROAD COMPANY, Appellant.

*Negligence — railroads — infant carried in arms of father and thrown to pavement when father was struck by car while crossing tracks of street railway — action to recover for injuries received.*

*Murphy* v. *Eighth Avenue R. R. Co.,* 196 App. Div. 882, affirmed.

(Argued January 19, 1922; decided February 3, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant in operating a street surface car going north on Central Park West, at intersection of One Hundred and Ninth street. The plaintiff at the time of the accident, on October 13, 1919, at eleven-thirty at night, was an infant two and one-half years old, and was being carried by her father when he was struck by the street car in attempting to cross in front of it, the infant being thrown from his arms to the dirt pavement of the sidewalk. Plaintiff's said father, Cornelius Murphy, was not run over, but was thrown toward the east curb of the pavement receiving a fracture of the skull from which he died.

*Michel Kirtland* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.